FILED
CLERK, U.S. DISTRICT COURT

DEC 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| GRACIELA PETERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PALISADES COLLECTION, LLC, INC.,<br><br>　　　　Defendant. | Case No.: 2:09-cv-07586-SVW-OP<br><br>[~~PROPOSED~~] ORDER OF JUDGMENT |

　　　Plaintiff, GRACIELA PETERSON (Plaintiff), has filed an acceptance of Defendant's, PALISADES COLLECTION, LLC's (Defendant), Offer of Judgment issued in this case. The accepted Offer of Judgment states Plaintiff will receive $1,001.00.00 for alleged damages, $2,150.00 in attorneys' fees, and $350.00 in costs. Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment against Defendant in the sum of $1,001.00 for alleged damages, $2,150.00 in attorneys' fees, and $350.00 in costs.

**IT IS ORDERED**

Dated: 12/16/09

_____
Honorable United States District Judge

- 1 -

ORDER